# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Steven Brascom, Sr.,**

   *Plaintiff,*

**v.**                                          Case No: 8:23-cv-2961-CEH-AAS

**Experian Information Solutions, Inc.,**

   *Defendant.*
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Experian Information Solutions, Inc., have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Experian Information Solutions, Inc. from this case with prejudice.

Dated September 20, 2024,

                                                **SERAPH LEGAL, P. A.**

                                                */s/ Bridget L. Scarangella*
                                                Bridget L. Scarangella, Esq.
                                                Florida Bar No.: 1022866
                                                BScarangella@SeraphLegal.com
                                                Seraph Legal, P. A.
                                                2124 West Kennedy Boulevard, Suite A
                                                Tampa, FL 33606
                                                (813) 321-2345
                                                Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 20, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

                                                 /s/ *Bridget L. Scarangella*
                                                 Bridget L. Scarangella, Esq.
                                                 Florida Bar No.: 1022866